## Walter's Estate

Before Gest, Henderson, Van Dusen, Stearne and Sinkler, JJ.

*Raymond M. Remick,* for exceptants.

*Marshall A. Coyne* and *Thomas E. Waters,* contra.

GEST, J., April 28, 1933.—We are all of opinion that the auditing judge correctly disposed of every question arising in this case, and his adjudication is so comprehensive and convincing that we do not find it necessary or desirable to add anything to it.

The exceptions are accordingly dismissed and the adjudication is confirmed absolutely.